In the Matter of the Claim of LUTHER E. COOK, Respondent, against THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ANTHONY PETRATTA, Also Known as ANTHONY PETRETTI, Respondent, against MERCKENS CHOCOLATE COMPANY and Another, Appellants, and MACKAY & BARGO and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, with costs to American Mutual Liability Insurance Company, appellant, carrier, against Great American Indemnity Company, respondent, carrier, and matter remitted to the State Industrial Board for an award against each employer and each insurance carrier, upon the ground that the first accident weakened claimant's ankle and caused him to fall from a scaffold whereon he was working, in his second employment (*Matter of Mausert* v. *Albany Builders Supply Co.*, 250 N. Y. 21; *Matter of Andrews* v. *L. & S. Amusement Corp.*, 253 id. 97; *Matter of Connelly* v. *Samaritan Hospital*, 259 id. 137); his injuries were attributable to each employment. (*Matter of Anderson* v. *Babcock & Wilcox Co.*, 256 N. Y. 146.) Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

In the Matter of the Claim of JOSEPH WISE, Respondent, against WILLIAM C. WHALEN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Pisko* v. *Mintz* (262 N. Y. 176). Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

In the Matter of the Claim of OWEN TRACY, Respondent, against JOSEPH L. BEACH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of GEORGE WEBB, Respondent, against BUILDING DEMOLISHING Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MIKE DAVID, Respondent, against JOHN ARBORIO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and matter remitted, with costs against the State Industrial Board. It appears that, in addition to the weekly compensation, the carrier is required to pay fourteen dollars a week for maintenance of the claimant in the Utica State Hospital (an institution for the care of the insane), and that a portion thereof is for his board, clothing and maintenance, which properly should be paid by his committee from the compensation awarded him, and the carrier should pay only for the medical, surgical attendance and treatment, as defined by section 13 of the Workmen's Compensation Law. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.